IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Focus Camera LLC, a New York Limited Liability Company, and Focus Camera, Inc., a New York Corporation,<br><br>       Plaintiffs,<br><br> v.<br><br>Pear Enterprises LLC, a New Jersey Limited Liability Company, Eli Roth, an individual, and Shiya Piller, an individual,<br><br>       Defendants. | Civil Action No. 1:21-cv-07113-PKC-RER<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel in the above-entitled action for Plaintiffs FOCUS CAMERA LLC and FOCUS CAMERA, INC. I certify that I am admitted to practice in this Court and respectfully request that all pleadings, notices, orders, correspondence and other papers filed in connection with the above-entitled action be served on the undersigned.

Date: December 27, 2021
    Brooklyn, NY

               */s/ Gina K. Kim*
               Gina K. Kim
               Liston Abramson LLP
               The Chrysler Building
               405 Lexington Ave., 46th Floor
               New York, NY 10174
               Phone: (212) 257-1630
               Fax: (917) 633-5568
               E-mail: docket@listonabramson.com

               *Attorneys for Plaintiffs FOCUS CAMERA LLC and FOCUS CAMERA, INC.*