IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Focus Camera, L.L.C., a New York Limited Liability Company, and Focus Camera, Inc., a New York Corporation, <br><br>                                        Plaintiff, <br><br>    v. <br><br> Pear Enterprises, L.L.C., a New Jersey Limited Liability Company, Eli Roth, an individual, and Shiya Piller, an individual, <br><br>                                        Defendants. | **Civil Action No. 21-CV-7113** <br><br> **NOTICE OF MOTION FOR ADMISSION** *PRO HAC VICE* <br><br> Hon. Judge Pamela K. Chen <br><br> Hon. Magistrate Judge Ramon E. Reyes, Jr. |

**TO:   Counsel of Record**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Genc Arifi, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an attorney of the firm of Aronberg Goldgehn Davis & Garmisa, and a member in good standing of the bar of the State of Illinois, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs Focus Camera, LLC and Focus Camera Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: December 28, 2021

Respectfully submitted,

By: /s/ *Genc Arifi*

Genc Arifi
garifi@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611.
Tel. 312-828-9600

***Attorneys for Plaintiffs Focus Camera, LLC and Focus Camera, Inc***.

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 28, 2021, the foregoing

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

was filed with the Clerk of Court using the CM/ECF system, which will then send such filing to the following counsel of record.

By: /s/ *Genc Arifi*
Genc Arifi