## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Focus Camera, L.L.C., a New York Limited Liability Company, and Focus Camera, Inc., a New York Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Pear Enterprises, L.L.C., a New Jersey Limited Liability Company, Eli Roth, an individual, and Shiya Piller, an individual,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 21-CV-7113<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br>Hon. Judge Pamela K. Chen<br><br>Hon. Magistrate Judge Ramon E. Reyes, Jr. |

I, Genc Arifi, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Aronberg Goldgehn Davis & Garmisa.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Illinois.

4. There are no disciplinary proceedings presently against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Attorney Registration Number: 6323579.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case No. 21-CV- 7113 for Plaintiffs Focus Camera, LLC and Focus Camera Inc.

Dated: December 28, 2021

**NOTARIZED**

"OFFICIAL SEAL"
CYNTHIA M. BRADFORD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/11/2022

Respectfully submitted,

By: /s/ *Genc Arifi*

Genc Arifi
garifi@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611.
Tel. 312-828-9600

***Attorneys for Plaintiffs Focus Camera,
LLC and Focus Camera, Inc.***

2